Page 1 / 14

Envelopes combined in this case Based on Postage Reasons:

United States District Court

of Nebraska  8:25CV462

Pages 1-8)

Pages 9-14) CHAPTER 42 USC 1983 Civil Action

Second envelope.

Filing July 11th, 2025

Austin Edward Lightfeather #216000 Jewish Prisoner

Plaintiff,

B'ani Jesuium Jewish Temple of Lincoln, NE. "South Street Temple" Leaders of Judaism, Rabbi's, members of the temple: in their individual compacity: Nebraska Department of Correctional Services Religous leaders of Cordnation mr. Rucker, and mr. Rubin Colburn of the Reception Treatment center in both of their individual compacities. Jane Does / John Does Defendants in their Individual Compacities:

Defendants:    - Filing -

I am filing This Law suite with in the first Two years of the civil violation. Statue of limitation under the 5th Admendment (Due process) of my constitutional rights:

These events First occured in 2024 of February at the Reception Treatment center, And also in the jail with 4 years of Statue of limitation: From December 2021 And I have 2 Seperate Envelopes For each filing of pages 1-8, 9-14 same case.→

Page #2

14

## Body of claim:

I am by race a Jew, my race comes before my religon written of the Tanak, and Torah. Based on how in the beginning Jews were enslaved by the Egyptians when religon had not exiested yet. Jews were a race enslaved by the race of Egyptians until Moses was brought about by Pharo raised from childhood, under the believed thought that Moses was Egyptian by race. Pharo at first said "no, this is risky, he looks like a Jew but the women in Pharo's circle said, "no he is one of us". Moses is written about in scripture as the Jew to free the slaves by the Egyptians who were other Jews under Pharo's control. Moses had access to the main inside and knew every top Egyptian under Pharo to take over the Egyptian empire; after Moses was led by God to discover who he was in the Wilderness. Religon was not yet created for the Jewish People: meaning it could not have been religon the Egyptians were enslaving. It could of only been race because Jews had been under the enslavement of Pharo before Moses arrived into the hands of Pharo.

→

→ Moses was the first master piece, if you will, to lead the Jews out of slavery with Arron, when the 7 plauges hit Egypt. It was then at freedom Moses preached to 600,000.00 (six hundred thousand) Jews of race to spread the word of the Laws now that until this day exiest with the Torah, and the Tanak. Jew is not a slang word, as others have expressed to me, with in the Nebraska Department of correctional services, Such as SGT. Fiscer, Behavioral case worker Grant Jensen, and other N.D.C.S. employees. The racist slang word that is infact against the Jewish people is (kik). I will get back to this topic later regarding N.D.C.S. Employees, and arguments that I had with them. The word was spread from 600,000 Jews as described in the Tanak and Torah with the inclusion of the 10 comandments. Forming Jewish religon when Jews were all ready a race. Jews are the only race with a religon associated to them documented by paper, and scripture. Even the association of christ is Jewish in the new testiment, and his apostles were Jewish who were according to scripture    →

Page 4
14

Preforming miracles, and acts of healing which were all documented in Scripture. The Jewish race went from Judaism to christianity created by a Jew named Jesus christ. Which other races have the access to study and believe in but are considered as the name Gentile. Which over time Gentiles believe they are the chosen of God, but it is clear the entire Bible cerculates the Jewish race. Jesus was the relation and is the relation to King David, even written about in the new Testiment called "christianity", but the word christian is in fact never used to describe a Gentile in the new Testiment.

Jews are by Genetic make up, Just like any other race; such as Black white, African, Aryon, Asian, mexican, Hispanic, and so forth. Jews are also of a blood line quantum, such as: $\frac{1}{4}$, $\frac{2}{4}$, $\frac{3}{4}$ or $\frac{4}{4}$. Jews can be bi-racial or mixed into other racial bloodlines, which racial terms exiest for this: A white mixed Jew or German Jew is an Azakozi Jew, A Native American mixed with Jew is a Native American Israelite.    →

Page #5 / 14

Adolph Hitler targeted the Jewish bloodline, if you were 1/2 or 2/4 Jew even if you were 1/2 or 2/4 mixed German or white with this mixture (Hitler) would have them killed or captured or tortured. Being Jewish in Nazi Germany from 1939 to 1944 1/2 or more was dangerous. Being 1/4 or a quarter Jew were spared, based on the bloodline being considered "watered down", to a nazi posing no threat to the nazi belief system, because their off spring would not be Jewish. Hitler was one person as evil and crazy as he was, he still had followers, millions of followers, that believed his ways of Fashism, and anger towards the Jewish people known as the Fiery. The Nazi belief still exiests including in America but more in secret than anything else. "Passover religous acts of Jews are targeted under the nazi belief of 1488 Hitler, white power belief. and are murdered around late March and beginning April of each year. This happend, recorded on FoxNews TV the year of 2025 April. I watched story after story of Jews being murdered with news up dates on my unit TV in April of 2025.

Page #6
/14

The rap Artist of Hip-Hop music "Drake" Full name Abrey Drake Grahm has a book written about his life which he talks about his mother being Jewish and his father being black Jamacain. He is the Artist of the Album "Take care", which features Rehanna the mega Diva super star. Drake is 1/2 Jewish and 1/2 Jamacain. He gained his fame on Degrasse a Television broadcast back in 2002. I have in common with Drake being Jewish as well, for my mother is also a Jew. Full blooded Jew, who died in 1991. Her name was Bela Kozatk, Mercilini or (Bela Mercilini).

The basis of my comparison between Drake and I, is we are both celeberties in our own way. He is a leader in the music industry, and I am a leader in disability rights. We both have books written about us; The major problem to all of this is my adoptive family who are all German. Brenda Quarry and Jeff Bower both on my re-created birth certificate never allowed me to be Jewish in their homes. I was told that "You are German", "You will act like a German", Jeff often reminded me I was not equal to him during stages of my life.

→

Brenda claimed "we altered your birth certificate to Protect you after your mother was murdered in a hate crime, in San Bernardino, CA. she told me this at a very young age in my life, I was around twelve.

I met my mother Bela who gave birth to me, and lived with her in California where I was borng at a apartment complex. she could speak Hebrew and English. I also met my Grandmother and Grandfather who were both Jewish by race in California. I was at my mother's funeral barrial in San Bernardino city, CA, in 1991 with a documented Rabbi; my mother is still barried there, I was three when she died, she was around 21 when she was murdered. San Bernardino, CA. Police did an Investigation and Jeff Bower was some how documented in the report, of the Homicide unit. The fact is I am Jewish on the Quantum. I have no blood relation to Brenda or Jeff Bower. I never got to be the Jew I desired to be, so I Picted up my race based system in 2024 of Febrvary and Brenda Purchased me a Tanak from the Jewish Publication Society and I asked Cordnator Rucker to contact the South Street Temple in Lincoln, NE.

He did, but all my letters to the South Street temple, were returned to sender to me. Infact he told them I wasn't Jewish and that I was a sex offender, when both are false statements. I have since then been banned by the Lincoln, NE. South street Temple located at 2601 South 26th street Lincoln, NE. 68502 and I am not allowed to write them. I will receive a misconduct report if I do, according to the mail room, of the Reception Treatment Center For N.D.C.S. at (22800 Lincoln, NE. 68542 (PO. Box). mailing address. I wanted Rabbi visits I will never get because of Ruckers actions. Behavioral case worker Rubin colburn became a N.D.C.S. Religous cordnator in February of 2025. Which he used to make fun of me claiming I was a "fake Jew", behind my back. He even claimed Jews were not a race. non-Jewish people argue Jesus was a Jew by religon; which is untrue, Jesus was a Jew by race called Aramaic. I explained to even the ombudsmans office that certain inmates were targeting me for being Jewish. Such as Matthew Pavey in claim 8:23cv214 and corpral cody miller. No one cared to listen to me with in N.D.C.S. (R.T.C.). Not even the

ombudsman                                    →

Notice: This correspondence was mailed from an
institution operated by the Nebraska Department of
Corrections. Its contents are uncensored.
Inmate Name/#: Austin Lightfeather 21bow
Reception Treatment Center
PO BOX 22800
Lincoln, NE 68542-2800



OMAHA NE 680

16 JUL 2025  PM 4 L

★ USA ★ FOREVER ★

US District Court NE
111 South 18th Plaza
Suite 1152
Omaha, NE. 68102  RECEIVED

JUL 18 2025

CLERK
U.S. DISTRICT COURT

legal mail

68102-132277