CHAPTER 42 USC
July 11, 2025 Lightfeather vs. South street Temple, et al

Also in case 825cv434 the six women I filed against I believe all had abortions with my child, because they would have come out as Jewish. They conspired under chapter 18-241 to slander me to have an excuse to have these abortions, lying calling me a "sex offender", when I have no sexual misconduct on my criminal record, and N.D.C.S. employees have been motivated to target me such as Grant Jensen, a Behavioral case worker, and other state employees. These lies on me spread like wild fire, but nothing can ever be proven nor can it stand up in a court of law even if I were to be challenged. My entire claims circulate Invideous Discrimination of racial discrimination and disability rights discrimination chapter 42-12101.

For relief I request the South Street Temple to pay me $750,000°° dollars for targeting me as a Jew by other Jews. I request the lead rabbi to resign from his passision,
I request for relief of cordnadors of Relison "Rucker and Rubin colburn to resign in their duties at N.D.C.S. And to pay me $100,000°° a piece for their actions.

→

U.S. DISTRICT COURT DISTRICT OF NEBRASKA FILED 2025 JUL 18 PM 12:40 OFFICE OF THE CLERK

RECEIVED JUL 18 2025 CLERK U.S. DISTRICT COURT

Page #9 / 14

pages 1-8 in first envelope

Filing CHAPTER 42 USC 1983 Civil Action
July 11, 2025 Lightfeather v.s. South street Temple, et al
8:25cv462

Also in case 825cv434 the six women I Filed against I believe all had abortions with my child, because they would have come out as Jewish. They conspired under chapter 18 - 241 to slander me to have an excuse to have these abortions, lying calling me a "Sex Offender", when I have No sexual misconduct on my criminal record, and N.D.C.S. employees have been motavated to target me such as Grant Jensen a Behavioral Case worker, and other state employees. These lies on me spread like wild fire, but nothing can ever be proven nor can it stand up in a court of law even if I were to be challenged. my entire claims circulate Invideous Discrimination of racial discrimination and disability rights discrimination, chapter 42 - 12101.

For relief I request the South street Temple to pay me $750,000°° dollars for targeting me as a Jew by other Jews. I request the lead rabbi to resign from his passision, I request for Relief of cordnadors of Religion "Rucker and Rubin Colburn to resign in their duties at N.D.C.S. And to pay me $100,000°° a piece For their actions. →

I request for the federal court to take notice, I am not perfect. but I have tried to follow Jewish laws in a prison that surrounds argumenative employees and inmates against my race who think they know, what a Jew is better than me, when I am Jewish.

I even grew my curly beard out and hair long to show my Jewish features. For (relief) I also want to be recognized by the Jewish Prisoner colalition in Washington D.C. to list me as a survivor of hate as I stood up against this hate of other non-Jewish races for many years. I also want it known that I spoke to muslims who have told me their race is separate than Religon. Jew and muslim are two separate systems. Corpral Rungei and SGT. Fiscer claim they are the same. I want them both seen as racist, by the Jewish Prisoner colalition, and Grant Jensen seen as racist by the Jewish Prisoner colalition, and Rucker and colburn seen as racist by the Jewish Prisoner colalition, who I wrote in April and in May of 2025. I know they received at least one of my letters.

I want it known I am seeking to be remembered as a Jewish member →

of the Jewish Temple for my acts of bravery for which I have spent years targeted by other races in prison and in life, in general by my adoptive family who brain washed me into being German, and believing that I am German, when I am Jewish. Even Nazi's recreated documents and altered documents of the Jewish people in World War II that was adopted by Hitlers idealism, that others adopted. It wasn't one person who target Jews it was massive amounts of people who did this. Hitler couldn't of killed 6 million Jews single handed, by him-self, physically. That is against all laws of physics and science. Yet that is the argument these officers bring up when they argue with me. To be clear if a Jew created christianty then christianty belongs to the Jewish people, everyone else is a guest or follower (hence) the word Gentile. The Bible is excluded for Jews, as race and religon. making Jews the chosen people, or race like myself, which is why I believe other races have targeted me, causing psychological trauma or physical trauma, of some kind, leaving me scared, with slander and lies mixed in the hearts of others. →

Jews have been a race since the beginning. So have Arabics, Africans, Asians, Aryans, whites, blacks, ext. But Jews are the only race with a religon directly connected to slavery, and their blood line; Jews survived slavery to become the center of the world even until this day. It's clearly on the news of the Holy war, and kingdom against kingdom; my race my blood is Holy, making me a more hated person based on Jelousy by other races I am surrounded around causing me more injustices in life. Hence all my law suites. The Star of David is a symbol of my race, the covenent, and many other things attached to it. Every Jew is a star shinning in the eyes of God. Please Grant my claim:
Relief: Jewish Temple Pay $750,000;
Relief: Ruter and Colbum Pay $100,000
Relief: Grant Jensen be Fired From MDCS (3); remembered as a racist man as with SGT. Fiscer, and Co Rungie.
Relief: For me to be remembered by the Jewish Prisoners Colalition as a stand up Jew who dealt with bias hate my entire life. Relief: For All 6 women in case 8:25 CV 434 to be shamed, and sentenced to prison for aborting my child over slander →

These 6 women I believe should be sentenced to prison for at least 5 years in a state or federal institution to be an inmate, until every day is finished.

1. christina wolf, 2. Josylnn mesmre, 3. Bongar, 4. megan Hall, 5. STASHA, 6. The unknown Asian, nurse all who worked at the Lancaster county jail. To be sentenced for (rape). Sexual Assault, from 2021 and 2022 Sexual assault incidents.

Please "proceed to service" on all listed women of USM-285 Summons, with the US marshels office, for sentencing.

2. I hope for my adopted mother to go to prison for life, for her direct actions that messed up my entire life, and destiny. For not letting me be Jewish and for telling me lies thru out my life. To have her summons as well by the US marshels office.

Please grant my civil Action to THIS case filed July 11th, 2025. By me The Plaintiff Austin E. Lightfeather inmate number 216000, N.D.C.S. Pro Se ligetment case. I will send the $405— fee if I am able to by the mail room,

Page #14 / 14

Pages 1-8 is the same case as 9-14 in separate envelopes: Filed July 11th, 2025

The mail room / accounting has not been allowing my checks to clear, or go out when I file, even with witness signatures at times. For that purpose I wish to file with this Filing:

CHAPTER 28 USC 1915
- Leave To Proceed Informa Pauprius -
- MOTION -

You know I have the money $ $405.00 Fee avalible, I currently have $4800.00 in my account. But can't get it to you if NDCS wont let it mail off.

Please Grant This case to move forward to Advance.

Plaintiff | Pro se | Prisoner
Signed: Lightfeather # 216010
A.E.L.
Date July 11th, 2025 Friday:
R.T.C., N.D.C.S.

Please Look for 2 seperate envelopes combined in this case, for postage reasons of weight.
Pages 1-8 and pages 9-14 in separate envelopes mailed the same day from my room.

Notice: This correspondence was mailed from an institution operated by the Nebraska Department of Corrections. Its contents are uncensored.
Inmate Name/#: Austin Lightfeather 216000
Reception Treatment Center
PO BOX 22800
Lincoln, NE 68542-2800

OMAHA NE 680
16 JUL 2025 PM 4 L



US District Court NE.
111 South 18th Plaza
Suite 1152
Omaha, NE. 68102

RECEIVED
JUL 18 2025
CLERK
U.S. DISTRICT COURT

Legal mail

68102-132277