FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2025 JUL 18 PM 12:47
OFFICE OF THE CLERK

RECEIVED
JUL 18 2025
CLERK
U.S. DISTRICT COURT

8:25cv462

US District court of NEB.
-Pro Se-

I filed one case, that had many pages to it, 14 pages to be exact. on July 11th, 2025 I sent them out of my cell on H-unit secure mental health, of R.F. Gallery cell #8 at approx. 6:30 pm in the evening to an officer Garcia, a corporals doing rounds. who confired verbally by mouth on July 11th, 2025 he placed them into the mail box a secure box. That holds out going mail. This case is seperated in 2 envelopes as 1 filing. Pages 1-8 and pages 9-14. It revolves racial Jewish discrimination. If you only receive 1 of the 2 envelopes be understood that one was stolen then. That it was most likely Ben Grant Jensen who did it. He has been focused on me for weeks. I want you to please investigate him specificly and send him to prison for mail theft, and fraud. He believes he is above the federal Government, he is a liar and a racist man. Thank you-
Both legal letters were sealed too before I sent them out of my cell.
 #216000   July 11, 2025

Page # 2

P.S.

I marked both letters on the front of the envelope, with a squar box in blue ink. above the words "Legal mail", addressed to your court House.

I hope This case is my last one to File for 2025.

In my case I mailed off of 14 pages, on Page 14 I address 28 USC 1915 motion To Leave To Proceed In forma Pauprous, Pro Se Legitiment. This case is a 42 usc 1983 claim.

IT can not be complete without both 1-8 and 9-14.

So please if you do not receive both send Jensen to Prison.

[signature] 216000
July 11, 2025
7:00 pm
Austin Lightfeather
R.T.C. / N.D.C.S.

Notice: This correspondence was mailed from an institution operated by the Nebraska Department of Corrections. Its contents are uncensored.
Inmate Name/#: Austin Lightfeather 21600
Reception Treatment Center
PO BOX 22800
Lincoln, NE 68542-2800

OMAHA NE 680

16 JUL 2025 PM 4 L

USA FOREVER

U.S. District Court
Nebraska
111 South 18th plaz
Suite 1152
omaha, NE. 68102

RECEIVED
JUL 18 2025
CLERK
U.S. DISTRICT COURT

Legal mail

68102-132277