8:25cv462

US District court
of Nebraska
111 South 18th plaza
Suite 1152
Omaha, NE. 68102

July 12, 2025
Saturday 1:15 pm

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2025 JUL 18 PM 12:47
OFFICE OF THE CLERK

RECEIVED
JUL 18 2025
CLERK
U.S. DISTRICT COURT

RE: P.L.R.A. Letters to Central office:

I wrote N.D.C.S. Central office at 801 west Prospector Pl. Lincoln, NE. 68522
Medical Director Lovelace,
Warden Grieg Cable
Director Robert Jeffreys.

Please gain access to all the letters I wrote them. There is more than one. I sent out letters in June of 2025, July of 2025. I address the slander, the lies created on me, regarding sexual assault. The Lukimia and medical housing, the killing of 4 officers. The need for a Transfer, Issues with staff on H-unit. Please contact central office: I do not have their phone number. I even wrote Jenifer Hope I.I.R.'s →

Page #2

Signed: [signature]
Name: Austin Lightfeather
number: 216000
Date: July 12, 2025
Time: 1:15 pm
Facility: RTC / NDCS
Cell: RF 08 H unit

Notice: This correspondence was mailed from an institution operated by the Nebraska Department of Corrections. Its contents are uncensored.
Inmate Name/#: Austin Lightfeather 216ow
Reception Treatment Center
PO BOX 22800
Lincoln, NE 68542-2800



OMAHA NE 680
16 JUL 2025 PM 4 L

US District Court
of NEB.
111 South 18th plaza
Suite 1152
Omaha, NE. 68102

RECEIVED
JUL 18 2025
CLERK
U.S. DISTRICT COURT

68102-132277

legal mail