8:25cv462

U.S. District Court     July 12, 2025
   of Nebraska        Saturday 12:50 pm
Federal Courthouse
111 South 18th Plaza
Suite 1152
Omaha, NE. 68102

Dear Courts:

I put together a payment with an institutional check of $405.00 fee in a separate envelope unsealed, when I send it out for inmate Accounting to Process. This case is against the "South street Jewish Temple, et al" filed July 11, 2025. Just in case you do not grant my 28 USC 1915, leave to proceed Informa Pauprous, which I seek on Page 14 of my civil Action: 42 USC 1983 on the last Page. I had to use 2 envelopes to file one Action (dated) on both documents of Pages 1-8 and 9-14 July 11, 2025. If you do not receive this civil Action please contact RoToCo And Investigate (Grant Jensen) for criminal prosicution or (Anna Lewis), or (mail room clerk) of RoToCo to obtain the documents, or send all 3 to prison for USPS mail theft and other crimes →

Page 2

Thank you very much:

Signed: Austin C. [signature]
Number: 216000
Date: July 12, 2025
name: Austin Lightfeather
Facility: R.T.C. of N.D.C.S.

Page 2

Notice: This correspondence was mailed from an institution operated by the Nebraska Department of Corrections. Its contents are uncensored.
Inmate Name/#: Austin Lightfeather 216000
Reception Treatment Center
PO BOX 22800
Lincoln, NE 68542-2800

OMAHA NE 680
16 JUL 2025 PM 4 L
USA FOREVER

U.S. District court
of Nebraska
111 South 18th plaza
Suite 1152
omaha, NE. 68102

RECEIVED
JUL 18 2025
CLERK
U.S. DISTRICT COURT

Legal mail

68102-132277